UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| | v. | CR. No. S-05-168-EJG |
| JOHN MARVIN BALLARD, | | |
| | Defendant. | |

<u>RELATED CASE ORDER</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| | v. | CR. No. S-99-050-DFL |
| JOHN MARVIN BALLARD, | | |
| | Defendants. | |

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123, (E.D. Cal. 2005).

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are

1  assigned to the same judge; no consolidation of the actions is
2  effected.  Under the regular practice of this court, related
3  cases are generally assigned to the judge to whom the first
4  filed action was assigned.
5      IT IS THEREFORE ORDERED that the action denominated CR.
6  NO. 05-168-EJG is reassigned to Judge David F. Levi for all
7  further proceedings.  Henceforth the caption on all documents
8  filed in the reassigned case shall be shown as CR. NO. 05-168-
9  DFL.
10     IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of criminal cases to
12 compensate for this reassignment.

14 DATED: 6/2/2005

                                  _____
                                  DAVID F. LEVI
                                  United States District Judge