UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                             CR. No. S-99-050 DFL

JOHN MARVIN BALLARD,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                             CR. No. S-05-168 DFL

JOHN MARVIN BALLARD,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                             CR. No. S-06-283 MCE

JOHN MARVIN BALLARD,                            <u>RELATED CASE ORDER</u>

    Defendant.
_____/

Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-06-283 MCE is reassigned to Judge David F. Levi for all further proceedings. Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-06-283 DFL.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: 8/3/2006

_____
DAVID F. LEVI
United States District Judge