UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BALLARD, | ) | Case No. 2:12-CV-02226 CMK |
| Plaintiff, | ) | |
| v. | ) | **RELATED CASE ORDER** |
| SAMUEL WONG, et al., | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:06-CR-00283 JAM |
| JOHN BALLARD, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:05-CR-00168 JAM |
| Plaintiff, | ) | |
| v. | ) | |
| JOHN MARVIN BALLARD | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:99-CR-00050 JAM |
| JOHN M. BALLARD, | ) | |
| Defendant. | ) | |

1

1    Examination of the above-entitled actions reveals that these
2 actions are related within the meaning of Local Rule 123 (E.D. Cal.
3 2005).  Accordingly, the assignment of the matters to the same
4 judge is likely to affect a substantial savings of judicial effort
5 and is also likely to be convenient for the parties.
6    The parties should be aware that relating the cases under
7 Local Rule 123 merely has the result that these actions are
8 assigned to the same judge; no consolidation of the actions is
9 effected.  Under the regular practice of this court, related cases
10 are generally assigned to the judge to whom the first filed action
11 was assigned.
12    IT IS THEREFORE ORDERED that the action denominated 2:12-CV-
13 02226 CMK be reassigned to Judge John A. Mendez for all further
14 proceedings, and any dates currently set in this reassigned case
15 only are hereby VACATED.  Henceforth, the caption on documents
16 filed in the reassigned cases shall be shown as 2:12-CV-02226 JAM-
17 CMK.
18    IT IS FURTHER ORDERED that the Clerk of the Court make
19 appropriate adjustment in the assignment of civil cases to
20 compensate for this reassignment.
21    IT IS SO ORDERED.
22 Dated:  May 27, 2015          /s/ John A. Mendez
                                 JOHN A. MENDEZ
23                               United States District Court Judge